**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD OERTWICH,<br>   *Plaintiff-Appellant*,<br><br>   v.<br><br>TRADITIONAL VILLAGE OF<br>TOGIAK, AKA Community of<br>Togiak, AKA Native Village<br>of Togiak, AKA Traditional<br>Council of Togiak; JIMMY<br>COOPCHIAK; LEROY<br>NANALOOK; ANECIA KRITZ;<br>ESTHER THOMPSON; JOHN<br>NICK; WILLIE WASSILLIE;<br>HERBERT JR. LOCKUK;<br>WILLIE ECHUCK, JR.; CRAIG<br>LOGUSAK, in their individual<br>and official capacities; PAUL<br>MARKOFF; PETER LOCKUK,<br>SR.; BOBBY COOPCHIAK,<br>   *Defendants-Appellees*. | No. 19-36029<br><br>D.C.<br>No. 3:19-cv-00082-JWS<br><br><br>ORDER |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Argued and Submitted June 15, 2021
Anchorage, Alaska

Filed July 28, 2022

Before:  Johnnie B. Rawlinson, Morgan Christen, and
Ryan D. Nelson, Circuit Judges.

Order

**COUNSEL**

David H. Tennant (argued), Law Office of David Tennant
PLLC, Rochester, New York; Andy L. Pevehouse, Kenai
Law Group LLC, Kenai, Alaska; for Plaintiff-Appellant.

Whitney A. Leonard (argued), Rebecca A. Patterson, Richard
D. Monkman, and Nathaniel Amdur-Clark, Sonosky
Chambers Sachse Miller Monkman LLP, Anchorage, Alaska,
for Defendants-Appellees.

**ORDER**

Pursuant to the Notification of Death of Appellant
(Docket Entry No. 74), this court entered an order requiring
the filing of a motion to substitute a personal representative
for the decedent within thirty (30) days (Docket Entry
No. 75).  At the request of Appellant's counsel, we entered an
order granting an extension (Docket No. 78) to no later than
July 11, 2022.  To date, no request to substitute a personal
representative has been filed.    Accordingly, we
**WITHDRAW** the Opinion filed March 30, 2022, *Oertwich*

*v. Traditional Village of Togiak*, 29 F.4th 1108 (9th Cir. 2022), and **DISMISS** this appeal.  This Order shall constitute the mandate in this case.

The Petition for Panel Rehearing (Docket No. 71) is **DENIED** as moot.